**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARK JAMAL KEAREY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-80 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of Defendants Bryan Collier ("Collier") and Chaplain Rick B. Packard's ("Packard") Motion for Summary Judgment, Dkt. No. 62; Plaintiff Mark Jamal Kearey's ("Kearey") Declaration in opposition to Defendants' motion for summary judgment, Dkt. No. 64; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 66; Kearey's objections to the M&R, Dkt. No. 68.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 66.[1]  Accordingly, the Court **GRANTS** Defendants' motion for summary judgment, Dkt. No. 62, and **DISMISSES** the above-captioned case.

Final judgment will be entered separately.

SIGNED this 31st day of July 2019.

_____
Hilda Tagle
Senior United States District Judge

---

[1] The Court declines to adopt the sections of the M&R that recommend Kearey's "second amended complaint be DISMISSED in part for lack of standing and DENIED in part." Dkt. No. 66 at 1 and 25.